UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ROBERT RODRIGUEZ            )
      Petitioner         )
      v.                 )  Civil Action No. 04-11869-NMG
UNITED STATES OF AMERICA    )  Pro-Se
      Respondent.        )
_____ )

## NOTICE OF APPEAL

**COMES NOW THE PETITIONER**, Robert Rodriguez, Pro Se who serves Notice of Appeal of the Order and Memorandum of the Court dated August 3, 2005 and signed by Nathaniel M. Gorton, United States Distrige Judge, in which the Court Denied and Dismissed the Petitioner's 28 U.S.C. 2255 Motion to Vacate, Set Aside or Correct Sentence.

    The Appeal is taken to the United States Court of Appeals for the Firest Circut 1 Courthouse Way, Boston, Massachusetts.

                                          Respectfully Submitted,

                                          */s/ Robert Rodriguez*
                                          Robert Rodriguez