# United States Court of Appeals
## For the First Circuit

No. 05-2285

ROBERT RODRIGUEZ
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

**ORDER OF COURT**

Entered: May 5, 2006
Pursuant to 1st Cir. R. 27(d)

Treating appellant's financial affidavit, attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[certified copies: Honorable Nathaniel M. Gorton, Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts]
[cc: Robert Rodriguez, David H. Hennessy, AUSA, Dina Michael Chaitowitz, AUSA]