**Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis**

**CAP**

2006 MAY -5 A 10: 53

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

05-2285

District Court No. Civil No. 04-11869-NMG
Appeal No. _____

Robert Rodriguez

v.

United States of America

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: *Robert Rodriguez* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: 5/1/2006 |

My issues on appeal are:

1) Ineffective Assistance of Councel
2) Violation of the Speedy Trial Act
3) Indictment failed to allege drug quantity

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Self-employment | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Income from real property (such as rental income) | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Interest and dividends | $ 0.00 | $_____ | $ 0.00 | $_____ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Alimony | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Child support | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Disability (such as social security, insurance payments) | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Unemployment payments | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Public-assistance (such as welfare) | $ 0.00 | $_____ | $ 0.00 | $_____ |
| Other (specify):_____ | $_____ | $_____ | $_____ | $_____ |
| Total Monthly income: | $ 0.00 | $_____ | $ 0.00 | $_____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| N/A | | | |
| N/A | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

2

4. *How much cash do you and your spouse have?* $ __0.95__

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

   | Financial Institution | Type of Account | Amount you have | Amount your spouse has |
   |---|---|---|---|
   | N/A | | $ | $ |
   | N/A | | $ | $ |
   | N/A | | $ | $ |

   **If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

   | **Home** (Value) | **Other real estate** (Value) | **Motor Vehicle #1** (Value) |
   |---|---|---|
   | N/A | N/A | Make & year: N/A |
   | | | Model: |
   | | | Registration#: |

   | **Motor Vehicle #2** (Value) | **Other assets** (Value) | **Other assets** (Value) |
   |---|---|---|
   | Make & year: N/A | N/A | N/A |
   | Model: | | |
   | Registration#: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

   | Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
   |---|---|---|
   | N/A | 0.00 | 0.00 |

7. *State the persons who rely on you or your spouse for support.*

   | Name | Relationship | Age |
   |---|---|---|
   | N/A | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 | $ |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0.00 | $ |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ |
| Food | $ 0.00 | $ |
| Clothing | $ 0.00 | $ |
| Laundry and dry-cleaning | $ 0.00 | $ |
| Medical and dental expenses | $ 0.00 | $ |
| Transportation (not including motor vehicle payments) | $ 0.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0.00 | $ |
|    Homeowner's or renter's | $ 0.00 | $ |
|    Life | $ 0.00 | $ |
|    Health | $ 0.00 | $ |
|    Motor Vehicle | $ 0.00 | $ |
|    Other: _____ | $ 0.00 | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0.00 | $ |
| Installment payments | $ 0.00 | $ |
|    Motor Vehicle | $ 0.00 | $ |
|    Credit card (name): __N/A__ | $ 0.00 | $ |
|    Department store (name): __N/A__ | $ 0.00 | $ |
|    Other: _____ | $ | $ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0.00 | $_____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0.00 | $_____ |
| Other (specify):_____ | $_____ | $_____ |
| **Total monthly expenses:** | $ 0.00 | $_____ |

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No            If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☒ No

If yes, how much? $ 0.00

If yes, state the attorney's name, address, and telephone number:
_____**N/A**_____
_____
_____

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much? $ 0.00

If yes, state the person's name, address, and telephone number:
_____**N/A**_____
_____
_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

```
I am presently incarcerated and cannot afford to pay neither
filing fee nor counsel on this matter.
```

5

*13. State the address of your legal residence.*
  Robert Rodriguez #80213-038
  FCI-Fort Dix, P.O. Box 7000, Fort Dix, NJ 08640

Your daytime phone number: (    )   **N/A**

Your age: __33__     Your years of schooling: __6 years__

[redacted]

# All Transactions

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 80213038 | **Current Institution:** | Fort Dix FCI |
| **Inmate Name:** | RODRIGUEZ, ROBERT | **Housing Unit:** | UNIT 5 |
| **Report Date:** | 05/01/2006 | **Living Quarters:** | P03-372U |
| **Report Time:** | 2:04:38 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 4/12/2006 4:38:03 PM | AMService | Phone Withdrawal | ($3.00) | ITS0412 | | $0.95 |
| 4/10/2006 6:47:38 PM | AMService | Phone Withdrawal | ($10.00) | ITS0410 | | $3.95 |
| 4/10/2006 4:38:57 PM | AMService | Phone Withdrawal | ($2.00) | ITS0410 | | $13.95 |
| 4/10/2006 2:54:01 PM | FTD1024 | Payroll - IPP | $15.12 | FIPP0306 | | $15.95 |
| 4/1/2006 11:09:43 AM | AMService | Phone Withdrawal | ($10.00) | ITS0401 | | $0.83 |
| 3/31/2006 6:23:20 PM | AMService | Phone Withdrawal | ($5.00) | ITS0331 | | $10.83 |
| 3/31/2006 5:11:40 PM | AMService | Phone Withdrawal | ($5.00) | ITS0331 | | $15.83 |
| 3/30/2006 5:17:35 PM | AMService | Phone Withdrawal | ($9.00) | ITS0330 | | $20.83 |
| 3/29/2006 8:10:32 PM | AMService | Phone Withdrawal | ($5.00) | ITS0329 | | $29.83 |
| 3/29/2006 4:58:31 PM | AMService | Phone Withdrawal | ($6.00) | ITS0329 | | $34.83 |
| 3/28/2006 4:51:08 PM | AMService | Phone Withdrawal | ($5.00) | ITS0328 | | $40.83 |
| 3/27/2006 5:15:58 PM | AMService | Phone Withdrawal | ($5.00) | ITS0327 | | $45.83 |
| 3/26/2006 11:54:10 AM | AMService | Phone Withdrawal | ($10.00) | ITS0326 | | $50.83 |
| 3/26/2006 10:43:12 AM | AMService | Phone Withdrawal | ($10.00) | ITS0326 | | $60.83 |
| 3/25/2006 2:55:52 PM | AMService | Phone Withdrawal | ($10.00) | ITS0325 | | $70.83 |
| 3/25/2006 11:25:03 AM | AMService | Phone Withdrawal | ($10.00) | ITS0325 | | $80.83 |
| 3/23/2006 5:41:34 PM | AMService | Phone Withdrawal | ($5.00) | ITS0323 | | $90.83 |
| 3/22/2006 5:31:45 PM | AMService | Phone Withdrawal | ($3.00) | ITS0322 | | $95.83 |
| 3/20/2006 5:27:58 PM | AMService | Phone Withdrawal | ($2.00) | ITS0320 | | $98.83 |
| 3/20/2006 4:13:26 PM | AMSERVICE | Western Union | $100.00 | 33312206 | | $100.83 |
| 3/11/2006 3:47:41 PM | AMService | Phone Withdrawal | ($3.00) | ITS0311 | | $0.83 |
| 3/11/2006 10:39:21 AM | AMService | Phone Withdrawal | ($4.00) | ITS0311 | | $3.83 |
| 3/11/2006 2:07:26 AM | AMSERVICE | Inmate Co-pay | ($2.00) | FICD0306 | | $7.83 |
| 3/11/2006 2:07:26 AM | AMSERVICE | Debt Encumbrance - Released | $1.97 | FICD0306 - 1234 | | |
| 3/11/2006 2:07:26 AM | AMSERVICE | Debt Encumbrance - Released | $0.03 | FICD0306 - 1193 | | |
| 3/10/2006 8:34:45 PM | AMService | Phone Withdrawal | ($5.00) | ITS0310 | | $9.83 |
| 3/10/2006 5:07:35 PM | AMService | Phone Withdrawal | ($2.00) | ITS0310 | | $14.83 |
| 3/10/2006 12:41:28 PM | FTD1006 | Debt Encumbrance | ($1.97) | FICD0306 - 1234 | | |
| 3/10/2006 12:41:28 PM | FTD1006 | Payroll - IPP | $16.80 | FIPP0206 | | $16.83 |
| 3/6/2006 2:57:23 PM | FTD2523 | Debt Encumbrance | ($0.03) | FICD0306 - 1193 | | |
| 2/10/2006 8:32:47 PM | AMService | Phone Withdrawal | ($5.00) | ITS0210 | | $0.03 |
| 2/10/2006 5:12:26 PM | AMService | Phone Withdrawal | ($2.00) | ITS0210 | | $5.03 |
| 2/9/2006 8:12:55 PM | AMService | Phone Withdrawal | ($3.00) | ITS0209 | | $7.03 |
| 2/9/2006 5:21:32 PM | AMService | Phone Withdrawal | ($5.00) | ITS0209 | | $10.03 |
| 2/9/2006 11:41:03 AM | FTD8477 | Inmate Co-pay | ($2.00) | FICP0206 | | $15.03 |
| 2/9/2006 10:12:06 AM | FTD1006 | Payroll - IPP | $16.80 | FIPP0106 | | $17.03 |
| 1/11/2006 8:38:45 PM | AMService | Phone Withdrawal | ($5.00) | ITS0111 | | $0.23 |
| 1/11/2006 5:33:39 PM | AMService | Phone Withdrawal | ($8.00) | ITS0111 | | $5.23 |
| 1/10/2006 5:21:16 PM | AMService | Phone Withdrawal | ($5.00) | ITS0110 | | $13.23 |
| 1/10/2006 3:13:19 PM | FTD1006 | Payroll - IPP | $17.64 | FIPP1205 | | $18.23 |
| 12/10/2005 8:01:37 AM | AMService | Phone Withdrawal | ($5.00) | ITS1210 | | $0.59 |
| 12/9/2005 8:10:20 PM | AMService | Phone Withdrawal | ($5.00) | ITS1209 | | $5.59 |
| 12/9/2005 5:01:17 PM | AMService | Phone Withdrawal | ($7.00) | ITS1209 | | $10.59 |
| 12/9/2005 1:22:00 PM | FTD1024 | Payroll - IPP | $16.80 | FIPP1105 | | $17.59 |
| 11/10/2005 4:29:12 PM | AMService | Phone Withdrawal | ($2.00) | ITS1110 | | $0.79 |
| 11/9/2005 8:22:38 PM | AMService | Phone Withdrawal | ($8.00) | ITS1109 | | $2.79 |
| 11/9/2005 4:31:13 PM | AMService | Phone Withdrawal | ($5.00) | ITS1109 | | $10.79 |
| 11/8/2005 8:20:52 PM | AMService | Phone Withdrawal | ($6.00) | ITS1108 | | $15.79 |
| 11/8/2005 4:32:13 PM | AMService | Phone Withdrawal | ($1.00) | ITS1108 | | $21.79 |
| 11/8/2005 10:58:22 AM | FTD0001 | Payroll - IPP | $22.68 | FIPP1005 | | $22.79 |

1 2

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 8/11/2005 12:39:30 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

LOSS OF COMM 8/13 - 9/27/2005 PER A. MERSHON

# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 80213038 | **Current Institution:** | Fort Dix FCI |
| **Inmate Name:** | RODRIGUEZ, ROBERT | **Housing Unit:** | UNIT 5 |
| **Report Date:** | 05/01/2006 | **Living Quarters:** | P03-372U |
| **Report Time:** | 2:04:32 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3165 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | BRO |
| Transferred To: | |
| Account Creation Date: | 9/9/2002 |
| Local Account Activation Date: | 9/10/2002 5:54:40 AM |
| Sort Codes: | |
| Last Account Update: | 4/28/2006 3:36:52 AM |
| Account Status: | Active |
| Phone Balance: | $0.22 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.95 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.95 |
| National 6 Months Deposits: | $205.84 |
| National 6 Months Withdrawals: | $205.00 |
| National 6 Months Avg Daily Balance: | $4.91 |
| Local Max. Balance - Prev. 30 Days: | $15.95 |
| Average Balance - Prev. 30 Days: | $1.12 |