```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
-------------------------------X

ROBERTO RODRIGUEZ,              :
          Petitioner,
                                :
     -v.-
                                :

UNITED STATES OF AMERICA,       :
          Respondent.
-------------------------------X
```

                                        FILED
                                        S OFFICE

                                        2006 AUG 21  P 4:31
                                        No. 05-2286

                                        DC No. 04-cv-11869-NMG
                                        COURT
                                        OF MASS

## NOTICE OF APPEAL

COMES NOW the Petitioner pursuant to the Court of Appeals Order dated August 4, 2006 directing the Petitioner to file a Notice of Appeal. The reasons are stated within.

1.    The Petitioner asserts that Rule 22(a) governing the rules in § 2255 proceedings concerning certificates of appealabiliaty. Plainly state that when a Petitioner files a Notice of Appeal with the district court the court can construe the Notice of Appeal as a request for a certificate of appealability.

   The court then must in writing state whether a certificate should issue or not. Then the court must send the record and the reason in writing why a certificate should or should not issue to the court of appeals.

2.    The Petitioner Respectfully request that the district court construe this notice as a request for a Certificate of Appealability. To send the record and the reason in writing why or why not a certificate should issue to the court of appeals so that the Petitioner can move forward with informal briefing on his

-2-

issues of genuine material fact.

Done this <u>15th</u> day of August 2006 at F.C.I. Fort Dix, N.J.

Respectfully Submitted,

Dated: August <u>15</u>, 2006        /S/ *Roberto Rodriguez*
                                  Roberto Rodriguez
                                  Reg. # 80213-038
                                  FCI. Fort Dix
                                  P.O. Box 38
                                  Fort Dix, NJ. 08640

### CERTIFICATE OF SERVICE

I Roberto Rodriguez do hereby certify that the original plus 2 copies of Notice of Appeal was sent to the Clerks Office upon the address of United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA. 02210 by U.S. First Class Mail this 15Th day of August 2006.

Date: August 15, 2006        /S/ *Roberto Rodriguez*
                              Roberto Rodriguez