# United States Court of Appeals
## For the First Circuit

No. 05-2285
DC No. 04-cv-11869

ROBERT RODRIGUEZ,
Petitioner - Appellant,

v.

UNITED STATES,
Respondent - Appellee.

**ORDER OF COURT**
Entered: October 19, 2006
Pursuant to 1st Cir. R. 27(d)

This court has docketed petitioner-appellant's appeal from the denial of his motion to vacate sentence under 28 U.S.C. §225. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. §2253. In accordance with Local Rule 22.1(b), a request for a certificate of appealability must first be sought in the district court.

Appellant's request for a certificate of appealability has been filed in this court. Accordingly, we transmit the Memorandum of Law and Fact in Support of an Application for Certificate of Appealability to the district court for a ruling forthwith. Copies of the district court's rulings shall be forwarded to this court.

We further order appellant to file a status report in this court by November 20, 2006, and *every thirty days thereafter*, advising us of the status of the application for a certificate of appealability. We further order appellant to inform us immediately once the district court reaches a decision on the application for a certificate.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified Copies: Honorable Nathaniel M. Gorton, Sarah Thornton, Clerk, USDC and
cc: Messrs. Rodriguez, Hennessy, Ms. Chaitowitz]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 10/19/06