# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2515

ROBERTO RODRIGUEZ
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

**JUDGMENT**

Entered: January 4, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 05-2285.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

MARGARET CARTER
By:_____
Chief Deputy Clerk

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**
Date: 1/4/07

[cc: Roberto Rodriguez, David H. Hennessy, AUSA]